IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NICK SPAGNOLO, | ) | 1:12-CV-00563-LEK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE'S FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| MICHAEL J. ASTRUE, | ) | PLAINTIFF'S MOTION FOR |
| | ) | ATTORNEY FEES AND COSTS |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ATTORNEY
FEES AND COSTS

Findings and Recommendation having been filed and served on all parties on February 27, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations, Doc No. 30 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 14, 2013.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge